UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>Peabody Energy Corporation, et al.,<br><br>       Debtors. | CHAPTER 11<br><br>Case No. 16–42529-399<br><br>(Jointly Administered) |
| Tor Braham, Paul Edward Hindelang, Joel Packer, and Boris Senderzon<br><br>       Plaintiffs,<br><br>v.<br><br>Peabody Energy Corporation, Wilmington Trust Company, as Indenture Trustee and Member of the Unsecured Creditors' Committee, Wilmington Savings Fund Society, FSB, as Indenture Trustee and Member of the Unsecured Creditors' Committee, Aurelius Capital Management, LP, Contrarian Capital Management, L.L.C., Discovery Capital Management, LLC, Elliott Management Corp, Panning Capital Management, LP, and PointState Capital LP<br><br>       Defendants. | Adversary No. 17-04039 |

## JUDGMENT

Judgment is hereby entered in accordance with the Notice of Dismissal [Dkt. No. 15].

No later than two (2) days after the entry of this Judgment, the Claims and Noticing Agent is directed to serve a copy of the Judgment and file a certificate of service no later than 24 hours after service.

DATED: April 11, 2017
St. Louis, Missouri
cke

                 _____
                 Barry S. Schermer
                 United States Bankruptcy Judge

Submitted by:

David E. Kovel
Peter S. Linden
825 Third Avenue, 16th Floor
New York, NY 10022

*Counsel for Paul Edward Hindelang, Joel Packer, and Boris Senderzon*

Michael A. Becker
8151 Clayton Road, Suite 200
St. Louis, Missouri 63117

*Counsel for Tor Braham, Paul Edward Hindelang, Joel Packer, and Boris Senderzon*